UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN L. AGUILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOODWARD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01523-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>[ECF No. 5] |

　　　　Plaintiff Juan L. Aguila is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 22, 2014, the Court dismissed Plaintiff's complaint and ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable, within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to comply, this action would be dismissed, without prejudice, for failure to obey a court order. On January 5, 2015, Plaintiff filed a notice of change of address, and the Findings and Recommendations was re-served on Plaintiff on February 3, 2015. (ECF No. 6.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED, with prejudice, for failure to state a cognizable claim upon which may be granted.

1

This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 19, 2015**

UNITED STATES MAGISTRATE JUDGE